# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**TOWANDA J. MAHONE,**

    Plaintiff,

v.                                              Civil Action No. 3:19-cv-00373-HEH

**RIVER CITY RECOVERY, LLC**

**LOSS PREVENTION SERVICES, INC.**

    Defendants.

## REQUEST FOR ENTRY OF DEFAULT

Now comes the Plaintiff, Towanda J. Mahone ("Mahone"), by counsel, and hereby requests the Clerk to enter a default against Defendant, River City Recovery, LLC ("River City"), on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided in Fed. R. Civ. P. 55(a).

Upon entry of default as to River City, Mahone, by counsel, will apply to the Court for a default judgment under Fed. R. Civ. P. 55(b)(2).

A declaration under penalty of perjury accompanies this request as "Exhibit 1."

                                                            Respectfully submitted,

                                                            **TOWANDA J. MAHONE**

                                                            By    /s/ Ian E. Vance
                                                                          Counsel

Drew D. Sarrett (VSB No. 81658)
Ian E. Vance (VSB No. 88062)
The Sarrett Law Firm, PLLC
8100 Three Chopt Rd., Suite 203
Richmond, Virginia 23229
Phone: (804) 303-1951
Fax: (804) 250-6005

E-mail: drew@sarrettlawfirm.com
E-mail: ian@sarrettlawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Ian E. Vance, of counsel for Towanda Mahone, certify that on July 11, 2019, the foregoing will be filed electronically with the ECF filing System of the U.S. District Court for the Eastern District of Virginia.

I further certify that I sent a copy of the foregoing (with exhibit) by regular mail, postage pre-paid to the following:

>River City Recovery, LLC
>James E. Kane – Registered Agent
>2500 Austin Avenue
>Richmond, VA 23223
>
>River City Recovery, LLC
>1313 E. Cary Street
>Richmond, VA 23219
>
>Loss Prevention Services, LLC
>2976 Ivanrest Ave SW
>Grandville, MI 49418

                /s/ Ian E. Vance
                Ian E. Vance