UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TOWANDA J. MAHONE,**

      Plaintiff,

v.                                                    Civil Action No. 3:19-cv-00373-HEH

**RIVER CITY RECOVERY, LLC**

**LOSS PREVENTION SERVICES, INC.**

      Defendants.

### DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Ian E. Vance, declare under penalty of perjury that the following facts are true and correct to the best of my knowledge, information, and belief:

1. I am licensed to practice law in the Commonwealth of Virginia and this Court.

2. I am counsel of record for the Plaintiff, Towanda Mahone, in this case.

3. I have personal knowledge of the facts stated in this Declaration.

4. A complaint was filed herein on May 17, 2019 and service of process was had on the Defendant, River City Recovery, LLC. ("River City"), via its registered agent James E. Kane on May 29, 2019.

5. On June 4, 2019, I filed electronically with the ECF filing system the Returned Summons. ECF No. 4.

6. Accompanying this Declaration as "Exhibit A" is a copy of the information page for River City from the Commonwealth of Virginia State Corporation Commission.

7. Exhibit A shows that the registered agent and mailing address for River City is the same as used in the proof of service.

8. More than twenty-one (21) days have elapsed since service was made on River City, and River City has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

I declare the foregoing to be true and correct, under penalty of perjury, this the 11th day of July, 2019.

_____
Ian E. Vance

Alert to business entities regarding mailings from VIRGINIA COUNCIL FOR CORPORATIONS or U.S. BUSINESS SERVICES is available from the Bulletin Archive link of Clerk's Office website.

Home | Site Map | About SCC | Contact SCC | Privacy Policy

SCC eFile > Entity Search > Entity Details

Login | Create an Account

## SCC eFile
### Business Entity Details

Help

**RIVER CITY RECOVERY, LLC**

**General**

SCC ID: S2278390
Entity Type: Limited Liability Company
Jurisdiction of Formation: VA
Date of Formation/Registration: 6/28/2007
Status: Fee delinquent

**Principal Office**

2500 AUSTIN AVENUE
RICHMOND VA 23223

**Registered Agent/Registered Office**

JAMES E KANE
1313 E CARY ST
RICHMOND VA 23219
RICHMOND CITY     216
Status: Active
Effective Date: 1/27/2010

**Select an action**

File a registered agent change
File a registered office address change
Resign as registered agent
File a principal office address change
Pay annual registration fee
Order a certificate of fact of existence
Submit a PDF for processing (What can I submit?)
View eFile transaction history
Manage email notifications

New Search | Home

SCC eFile
FAST. SIMPLE. SECURE.

SCC eFile
SCC eFile Home Page
Check Name
Distinguishability
Business Entity Search
Certificate Verification
FAQs
Contact Us
Give Us Feedback

Business Entities
UCC or Tax Liens
Court Services
Additional Services

Screen ID: e1000

Supported Browsers
Need additional Information? Contact: sccinfo@scc.virginia.gov    Website questions? Contact: webmaster@scc.virginia.gov
Adobe Acrobat PDF Reader   Microsoft Office Online Applications: (Excel, PowerPoint, Word)
Build #: 1.0.0.31267