UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TOWANDA J. MAHONE,**

       Plaintiff,

v.                                          Civil Action No. 3:19-cv-00373-HEH

**RIVER CITY RECOVERY, LLC**

**LOSS PREVENTION SERVICES, INC.**

       Defendants.

**AMENDED DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

       I, Ian E. Vance, declare under penalty of perjury that the following facts are true and correct to the best of my knowledge, information, and belief:

       1.     I am licensed to practice law in the Commonwealth of Virginia and this Court.

       2.     I am counsel of record for the Plaintiff, Towanda Mahone, in this case.

       3.     I have personal knowledge of the facts stated in this Declaration.

       4.     A complaint was filed herein on May 17, 2019 and service of process was had on the Defendant, River City Recovery, LLC. ("River City"), via its registered agent James E. Kane on May 29, 2019.

       5.     On June 4, 2019, I filed electronically with the ECF filing system the Returned Summons. ECF No. 4.

       6.     Accompanying this Declaration as "Exhibit A" is a copy of the information page for River City from the Commonwealth of Virginia State Corporation Commission.

       7.     Exhibit A shows that the registered agent and mailing address for River City is the same as used in the proof of service.

8. More than twenty-one (21) days have elapsed since service was made on River City, and River City has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

9. Upon information and belief, I further certify that the defendant, River City is a business entity registered in the Commonwealth of Virginia and is not a minor, incompetent person, or a person in active military service.

I declare the foregoing to be true and correct, under penalty of perjury, this the 11th day of July, 2019.

Ian E. Vance

Alert to business entities regarding mailings from VIRGINIA COUNCIL FOR CORPORATIONS or U.S. BUSINESS SERVICES is available from the Bulletin Archive link of Clerk's Office website.

Home | Site Map | About SCC | Contact SCC | Privacy Policy

SCC eFile > Entity Search > Entity Details

Login | Create an Account

### SCC eFile
**Business Entity Details**

Help

SCC eFile
FAST. SIMPLE. SECURE.

SCC eFile
- SCC eFile Home Page
- Check Name Distinguishability
- Business Entity Search
- Certificate Verification
- FAQs
- Contact Us
- Give Us Feedback

Business Entities
UCC or Tax Liens
Court Services
Additional Services

**RIVER CITY RECOVERY, LLC**

**General**
- SCC ID: S2278390
- Entity Type: Limited Liability Company
- Jurisdiction of Formation: VA
- Date of Formation/Registration: 6/28/2007
- Status: Fee delinquent

**Principal Office**
2500 AUSTIN AVENUE
RICHMOND VA 23223

**Registered Agent/Registered Office**
JAMES E KANE
1313 E CARY ST
RICHMOND VA 23219
RICHMOND CITY    216
Status: Active
Effective Date: 1/27/2010

**Select an action**
- File a registered agent change
- File a registered office address change
- Resign as registered agent
- File a principal office address change
- Pay annual registration fee
- Order a certificate of fact of existence
- Submit a PDF for processing (What can I submit?)
- View eFile transaction history
- Manage email notifications

[New Search] [Home]

Screen ID: e1000

Supported Browsers
Need additional Information? Contact: sccinfo@scc.virginia.gov   Website questions? Contact: webmaster@scc.virginia.gov
Adobe Acrobat PDF Reader   Microsoft Office Online Applications: (Excel, PowerPoint, Word)
Build #: 1.0.0.31267

https://sccefile.scc.virginia.gov/Business/S227839    1/1